HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER DISNUTE, an individual, PHILLIP CURRIE, an individual, and P.C. Jr., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PUYALLUP, the PUYALLUP POLICE DEPARTMENT, and JOHN DOE 1-20, employees and officials of the City of Puyallup, and the Puyallup Police Department,<br><br>Defendants. | Case No. C10-5295RBL<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION |

THIS MATTER is before the Court on Plaintiffs' Motion for Reconsideration [Dkt. #25].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under Local Rule 7, motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule

//
//
//
//

ORDER
Page - 1

7(h). This standard has not been met in this case. Plaintiffs merely restate the same arguments they made in prior filings in this case. Therefore, Plaintiffs' Motion for Reconsideration [Dkt. #25] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 4th day of May, 2011.

                                   _____
                                   Ronald B Leighton
                                   United States District Judge

ORDER
Page - 2